fendant the opportunity to withdraw his guilty plea or be resentenced. (Appeal from Judgment of Wayne County Court, Sirkin, J.—Robbery, 2nd Degree.) Present—Green, J. P., Lawton, Wisner, Scudder and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED MANCUSO, Appellant, v VICTOR HERBERT, as Superintendent of Collins Correctional Facility, Respondent. (Appeal No. 1.) [700 NYS2d 890] —Judgment unanimously affirmed without costs (*see, People ex rel. Douglas v. Vincent*, 50 NY2d 901, 903). (Appeal from Judgment of Supreme Court, Erie County, Cosgrove, J.— Habeas Corpus.) Present—Green, J. P., Lawton, Wisner, Scudder and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED MANCUSO, Appellant, v VICTOR HERBERT, as Superintendent of Collins Correctional Facility, Respondent. (Appeal No. 2.) [700 NYS2d 890] —Judgment unanimously affirmed without costs (*see, People ex rel. Douglas v Vincent*, 50 NY2d 901, 903). (Appeal from Judgment of Supreme Court, Erie County, Glownia, J.— Habeas Corpus.) Present—Green, J. P., Lawton, Wisner, Scudder and Balio, JJ.

■ MIDWEST FINANCIAL ACCEPTANCE CORPORATION, as Successor in Interest to CHASE MANHATTAN BANK, N. A., Formerly Known as CHASE LINCOLN FIRST BANK, N. A., Appellant, v MARK J. GONSENHAUSER, Respondent, et al., Defendants. [700 NYS2d 887] —Order unanimously reversed on the law without costs and motions granted. Memorandum: Supreme Court erred in denying plaintiff's motions to amend the judgment of foreclosure and sale nunc pro tunc to grant a deficiency judgment, which had been inadvertently omitted. Mark J. Gonsenhauser (defendant) had notice of plaintiff's application for a deficiency judgment and stipulated that such judgment be granted. Therefore, no prejudice to defendant could be shown (*see, Pines at Setauket v Retirement Mgt. Group*, 246 AD2d 528, 530; *Poughkeepsie Sav. Bank v Maplewood Land Dev. Co.*, 210 AD2d 606, 608). (Appeal from Order of Supreme Court, Monroe County, Bergin, J.—Amend Judgment.) Present— Green, J. P., Lawton, Wisner, Scudder and Balio, JJ.

■ In the Matter of BRIAN MOHR, Appellant, v BOARD OF EDUCATION OF SALAMANCA CITY CENTRAL SCHOOL DISTRICT et al., Respondents. [701 NYS2d 560] —Judgment unanimously affirmed without costs. Memorandum: Petitioner was employed by respondent Board of Education of the Salamanca City Central School District (Board) in the fall of 1978 to serve for